PER CURIAM.

The decree appealed from is affirmed, for the reasons set forth in the opinion of Vice-Chancellor Pitney, reported *ante p. 65.*

*For affirmance*—FORT, PITNEY, VREDENBURGH, VROOM, GREEN, GRAY—6.

*For reversal*—DIXON, GARRISON, BOGERT—3.

---

CHRISTIAN BUTTLAR, respondent,

*v.*

MINA BUTTLAR, appellant.

[Argued June 28th, 1904.   Decided December 9th, 1904.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported *ante p. 136.*

*Mr. John I. Weller,* for the appellant.

*Mr. Marshall Van Winkle,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the opinion of Vice-Chancellor Pitney in the court below.

*For affirmance*—DIXON, GARRISON, FORT, PITNEY, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—9.

*For reversal*—None.